```
                              United States Bankruptcy Court
                              Eastern District of North Carolina
In re:                                                                    Case No. 19-01659-SWH
Teresa D Hines                                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0417-5           User: admin              Page 1 of 1              Date Rcvd: Jun 05, 2019
                               Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2019.
6055860        +Time Investment Corporation,    d/b/a Time Financing Service,    PO Box 398,
                 Mount Olive, NC 28365-0398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2019 at the address(es) listed below:
              Christopher T. Vonderau    on behalf of Debtor Teresa D Hines nclaw98@gmail.com,
               nclaw98b@gmail.com;R55121@notify.bestcase.com
              Joseph A. Bledsoe, III    chapter13@suddenlinkmail.com
                                                                                             TOTAL: 2

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of North Carolina
Case No. 19-01659-5-SWH
Chapter 13

In re: Debtor(s) (including Name and Address)

Teresa D Hines
67 Lake Forest Pkwy
Wilmington NC 28401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/03/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Time Investment Corporation, d/b/a Time Financing Service, PO Box 398, Mount Olive, NC 28365 | Insurance Co. of the South<br>NFI Recovery Department<br>PO Box 45153<br>Jacksonville, FL 32232 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/07/19

Stephanie J. Butler
**CLERK OF THE COURT**